**STATE OF MISSISSIPPI'S
RESPONSE TO S&P'S MARCH 21, 2013 MOTION TO STAY**

**INDEX OF EXHIBITS**

Exhibit 1: Defendants' Memorandum in Support of Motion to Strike, *Connecticut v. The McGraw-Hill Cos.,* No. HHD-CV-10-6008838-S(X04) (Conn. Super. Ct., Aug. 22, 2011)

Exhibit 2: Defendants' Motion to Dismiss, *Illinois v. The McGraw-Hill Cos.*, No. 12-CH-02535 (Cir. Ct. Cook Cnty., Apr. 23, 2012)

Exhibit 3: United States Department of Justice "Statement of Interest Supporting Motions to Remand Filed by State Attorneys General" *Conn. v. McGraw-Hill Cos.*, No. 3:13-cv-00311, ECF No. 35 (D. Conn. Mar. 29, 2013)

Exhibit 4: State of Mississippi's Response to Standard & Poor's Motion to Transfer Actions for Coordinated and Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, ECF No. 46 (J.P.M.L. Apr. 2, 2013)