UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

Attorney General Jim Hood, *ex rel.*
State of Mississippi,

      Plaintiff,

      v.                  Case No.: 3:11-cv-00343-HTW-LRA

The McGraw-Hill Companies, Inc.,
Standard & Poor's Financial Services, LLC,
Moody's Corporation and Moody's Investors
Service, Inc.,

      Defendants.

**STATE OF MISSISSIPPI'S RESPONSE TO STANDARD & POOR'S APRIL 3, 2013
MOTION TO STAY RESPONSES TO MOTION TO REMAND,
<u>OR IN THE ALTERNATIVE, FOR EXTENSION OF TIME</u>**

COMES NOW, Plaintiff, Attorney General Jim Hood, *ex rel.* State of Mississippi ("State" or "Mississippi") and requests that this Court deny defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC's (collectively, "S&P") April 3, 2013 Motion to Stay Responses to [the 2013] Motion to Remand, or In the Alternative, for Extension of Time ("Motion to Stay Response to 2013 Motion to Remand").

S&P's response to Mississippi's 2013 remand motion was due on April 3, 2013.  On April 3, S&P filed its Motion to Stay Response to 2013 Motion to Remand in lieu of filing a response to the remand motion, thus granting itself a *de facto* stay.  S&P's *de facto* stay is improper and prejudices Mississippi by delaying the resolution of Mississippi's 2013 Motion to Remand and the overall prosecution of the State's action.  S&P also has not demonstrated good cause for an extension of time to file its response to the State's 2013 Motion to Remand.

For the reasons stated in this response and accompanying memorandum, as well as in Mississippi's Response to S&P's Motion to Stay All Proceedings and accompanying memorandum, ECF Nos. 42 and 43 (incorporated herein by reference), Mississippi respectfully requests that this Court deny S&P's Motion to Stay Response to 2013 Motion to Remand and grant the State's 2013 Motion to Remand as unopposed or, in the alternative, order S&P to immediately file its response to that motion.

Respectfully submitted this the 4th day of April, 2013.

Plaintiff, State of Mississippi, *ex rel.* Jim Hood, Attorney General

By:\_\_\_/s/ George Neville_____
George W. Neville (MBN 3822)
Mary Jo Woods (MBN 10468)
Geoffrey Morgan (MBN 3474)
Special Assistant Attorneys General
Office of the Mississippi Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Phone/Fax: (601) 359-3680/(601) 359-2003
Email: gnevi@ago.state.ms.us, gmorg@ago.state.ms.us

Blake A. Tyler (MBN 101786)
511 East Pearl Street
Jackson, Mississippi 39201
Phone/Fax: (601) 949-5000/(601) 510-9089
Email: btyler@pgtlaw.com

Vaterria Martin (MBN 101235)
5709 Highway 80 West
Jackson, Mississippi 39209
Phone/Fax: (601) 923-1577/(601) 923-1579
Email: vmartin@4martinsatlaw.com

Betsy Miller
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Phone/Fax: (202) 408-4600/(202) 408-4699
Email: bmiller@cohenmilstein.com

*Counsel for the State of Mississippi*

## CERTIFICATE OF SERVICE

  I, Betsy Miller, do hereby certify that I have this day delivered a true and correct copy of the foregoing Response via the Court's electronic filing system, to the following:

| | |
|---|---|
| Fred Krutz<br>J. Chase Bryan<br>Mandie B. Robinson<br>FORMAN PERRY WATKINS<br>KRUTZ & TARDY LLP<br>200 South Lamar Street, Suite 100<br>Jackson, Mississippi 39201-4099<br>fred@fpwk.com<br>jcbryan@fpwk.com<br>robinsonab@fpwk.com | C. Michael Ellingburg<br>Daniel Coker Horton & Bell, P.A.<br>4400 Old Canton Road<br>Suite 400<br>Post Office Box 1084<br>Jackson, MS 39215-1084<br>mellingburg@danielcoker.com |
| Floyd Abrams<br>S. Penny Windle<br>Whitney M. Smith<br>CAHILL GORDON &<br>REINDEL LLP<br>Eighty Pine Street<br>New York, New York 10005-1702<br>fabrams@cahill.com<br>mmcloughlin@cahill.com<br>pwindle@cahill.com<br>wsmith@cahill.com | Joshua M. Rubins<br>James J. Coster<br>Glenn C. Edwards<br>SATTERLEE STEPHENS<br>BURKE & BURKE LLP<br>230 Park Avenue, 11th Floor<br>New York, New York 10169<br>jrubins@ssbb.com<br>jcoster@ssbb.com |
| *Counsel for The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC* | *Attorneys for Moody's Corporation and Moody's Investors Service, Inc.* |

  So Certified, this the 4th day of April, 2013.

               /s/ Betsy Miller_____
               Betsy Miller