UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ATTORNEY GENERAL JIM HOOD, *EX REL.* STATE OF MISSISSIPPI,

                Plaintiff,

            *- against -*

THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES LLC, MOODY'S CORPORATION AND MOODY'S INVESTORS SERVICE, INC.

                Defendants.

Case No.: 3:11-cv-00343-HTW-LRA

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC ("Defendants"), respectfully submit this Notice of Supplemental Authority in support of their Motion to Stay the litigation pending a decision by the United States Judicial Panel on Multidistrict Litigation ("JPML").

On April 25, 2013, the District Court for the Middle District of Tennessee granted Defendants' motion to stay all proceedings, pending a resolution of Defendants' transfer motion by the JPML. *See State of Tennessee ex rel. Cooper v. The McGraw-Hill Companies, Inc., et al.,* C.A. No. 3:13-00193, slip op. at 11 (M.D. Ten. Apr. 25, 2013) ("In sum, the Court finds that a stay is appropriate here because any prejudice to the State of Tennessee would be minimal and far less than the harm that could befall McGraw-Hill were the stay not granted. Further, given the number of cases involved, and the possibility that they may be consolidated, judicial economy is

served by the issuance of a stay which is expected to be of a relatively short duration."). This decision is attached hereto as "Exhibit A."

Exhibit B is an order entered on April 26, 2013, granting a stay in the action captioned *State of Arkansas ex. rel. Dustin McDaniel* v. *The McGraw-Hill Companies, Inc. et al.*, No. 4:13-cv-117-KGB, slip op. at 8 (E.D. Ark. Apr. 26, 2013) ("[A]ny potential prejudice to the State that results from what is anticipated to be a short period of delay is clearly outweighed by the harm that would result to defendants if the Court did not grant a stay and by considerations of judicial economy.").

In the interest of full disclosure, Defendants also call to the Court's attention an Order entered on April 25, 2013, denying a stay in the action captioned *State of North Carolina ex rel. Roy Cooper* v. *The McGraw-Hill Companies, Inc., et al.*, No. 5:13-cv-00163-FL (E.D.N.C. Apr. 25, 2013) (attached hereto as "Exhibit C").  This decision is contrary to the seven other decisions that have entered stays after considering motions similar to the one pending before this Court.

Accordingly, Defendants request, for the reasons set forth in the briefing on their Motion to Stay and above, that the Court stay the litigation pending a resolution of Defendants' Motion To Transfer This and Other Actions for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407.

Dated:  April 30, 2013

By: **/s/ J. Chase Bryan**
Fred Krutz, MSB #4270
J. Chase Bryan, MSB #9333
Mandie B. Robinson, MSB # 100446
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201-4099
Phone: (601) 960-8600
Fax: (601) 960-8613

2

         Floyd Abrams (*pro hac vice*)
         S. Penny Windle (*pro hac vice*)
         Whitney M. Smith (*pro hac vice*)
         CAHILL GORDON & REINDEL LLP
         Eighty Pine Street
         New York, New York  10005-1702
         Phone: (212) 701-3000
         Fax: (212) 378-2712

***Attorneys for The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC***

## CERTIFICATE OF SERVICE

I, J. Chase Bryan, do hereby certify that I have this day served the foregoing pleading via the Court's electronic filing system, to the following:

> Geoffrey Morgan
> George W. Neville
> Meredith M. Aldridge
> Special Assistant Attorneys General
> Office of the Mississippi Attorney General
> P.O. Box 220
> Jackson, MS 39205
> gnevi@ago.state.ms.us
> gmorg@ago.state.ms.us
> maldr@ago.state.ms.us
>
> Blake A. Tyler
> 775 East Fortification Street
> Jackson, MS 39202
> btyler@pgtlaw.com
>
> Vaterria Martin
> 5709 Highway 80 West
> Jackson, MS 39209
> vmmartin@4martinsatlaw.com
>
> Betsy Alexandra Miller
> Kit A. Pierson
> Cohen Milstein Sellers & Toll
> 1100 New York Avenue, NW, Suite 500 West
> Washington, DC 20005
> bmiller@cohenmilstein.com
> kpierson@cohenmilstein.com
>
> *Counsel for Plaintiff, State of Mississippi, ex rel. Jim Hood, Attorney General*
>
> C. Michael Ellingburg
> Daniel Coker Horton & Bell, P.A.
> 4400 Old Canton Road
> Suite 400
> Post Office Box 1084
> Jackson, MS 39215-1084
> mellingburg@danielcoker.com
> Joshua M. Rubins
> James J. Coster

>Glenn C. Edwards
>Satterlee Stephens Burke & Burke LLP
>230 Park Avenue, 11th Floor
>New York, NY 10169
>jrubins@ssbb.com
>jjcoster@ssbb.com
>
>***Attorneys for Moody's Corporation and Moody's Investors Service, Inc.***

This the 30th day of April, 2013.

>_____/s/ J. Chase Bryan_____
>J. Chase Bryan