UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

Attorney General Jim Hood, *ex rel.*
State of Mississippi,

   Plaintiff,

    v.           Case No.: 3:11-cv-00343-HTW-LRA

The McGraw-Hill Companies, Inc.,
Standard & Poor's Financial Services, LLC,
Moody's Corporation and Moody's Investors
Service, Inc.,

   Defendants.

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
STATE OF MISSISSIPPI'S 2013 MOTION TO REMAND**

   Plaintiff, Attorney General Jim Hood, *ex rel.* State of Mississippi ("Mississippi") respectfully submits this Notice of Supplemental Authority in support of the State of Mississippi's Motion to Remand and for Fees and Costs in Response to S&P's Supplemental Notice of Removal ("2013 Motion to Remand"). ECF No. 35. As noted in the Notice of Supplemental Authorities filed by Defendants' The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services, LLC (collectively, "S&P"), ECF No. 55, on May 2, 2013, the United States District Court for the Northern District of Illinois granted the State of Illinois' motion to remand in the parallel case, *Illinois v. The McGraw-Hill Cos.*, No. 13-cv-1725, ECF No. 55 (Ex. B).

   S&P failed to identify the grounds upon which the district court granted the motion for remand, both of which support Mississippi's 2013 Motion to Remand. In brief, the district court found: (1) S&P's 2013 Notice of Removal was untimely; and (2) S&P failed to establish federal question jurisdiction. ECF No. 55 (Ex. B).

Accordingly, Mississippi respectfully requests that the Court deny S&P's motions to stay, ECF Nos. 39 and 41, deem Mississippi's 2013 Motion to Remand unopposed or order S&P to immediately file its response thereto, and grant Mississippi's 2013 Motion to Remand and award fees and costs.

Respectfully submitted this the 6th day of May, 2013.

        Plaintiff, Attorney General Jim Hood, *ex rel.*
        State of Mississippi

        By:   /s/ George Neville_____
        George W. Neville (MBN 3822)
        Mary Jo Woods (MBN 10468)
        Geoffrey Morgan (MBN 3474)
        Special Assistant Attorneys General
        Office of the Mississippi Attorney General
        Post Office Box 220
        Jackson, Mississippi 39205
        Phone/Fax: (601) 359-3680/(601) 359-2003
        Email: gnevi@ago.state.ms.us, gmorg@ago.state.ms.us

        Blake A. Tyler (MBN 101786)
        511 East Pearl Street
        Jackson, Mississippi 39201
        Phone/Fax: (601) 949-5000/(601) 510-9089
        Email: btyler@pgtlaw.com

        Vaterria Martin (MBN 101235)
        5709 Highway 80 West
        Jackson, Mississippi 39209
        Phone/Fax: (601) 923-1577/(601) 923-1579
        Email: vmartin@4martinsatlaw.com

        Betsy Miller
        Cohen Milstein Sellers & Toll PLLC
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, D.C. 20005
        Phone/Fax: (202) 408-4600/(202) 408-4699
        Email: bmiller@cohenmilstein.com

## CERTIFICATE OF SERVICE

I, Betsy Miller, do hereby certify that I have this day delivered a true and correct copy of the foregoing Notice of Supplemental Authority via the Court's electronic filing system, to the following:

Fred Krutz
J. Chase Bryan
Mandie B. Robinson
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201-4099
fred@fpwk.com
jcbryan@fpwk.com
robinsonab@fpwk.com

Floyd Abrams
S. Penny Windle
Whitney M. Smith
CAHILL GORDON &
REINDEL LLP
Eighty Pine Street
New York, New York 10005-1702
fabrams@cahill.com
mmcloughlin@cahill.com
pwindle@cahill.com
wsmith@cahill.com

*Counsel for The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC*

C. Michael Ellingburg
Daniel Coker Horton & Bell, P.A.
4400 Old Canton Road
Suite 400
Post Office Box 1084
Jackson, MS 39215-1084
mellingburg@danielcoker.com

Joshua M. Rubins
James J. Coster
Glenn C. Edwards
SATTERLEE STEPHENS
BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169
jrubins@ssbb.com
jcoster@ssbb.com

*Attorneys for Moody's Corporation and Moody's Investors Service, Inc.*

So Certified, this the 6th day of May, 2013.

/s/ Betsy Miller_____
Betsy Miller